IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY RAVON RUFFIN,         )
    Petitioner,                  )
                                  )       1:14CV87
v.                            )       1:08CR304-1
                                  )
UNITED STATES OF AMERICA,     )
    Respondent.                  )

ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 19, 2016, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's motion to compel (Docket Entry 105) be **DENIED**, Petitioner's motion to vacate, set aside or correct sentence (Docket Entry 83) be **DENIED**, and that this action be dismissed. A judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

                                                                       /s/ James A. Beaty
                                                                       United States District Judge

Date: October 18, 2016